# UNITED STATES BANKRUPTCY COURT
## *Central District Of California*

| | |
|---|---|
| **Debtor(s) Name:**<br><br>Ronald Valentine<br><br>Jami Valentine | **For Court Use Only**<br><br>**FILED**<br><br>September 30, 2010<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY CJS DEPUTY CLERK |
| **Chapter: 7**<br>**Case Number: 2:10–bk–31323–TD** | **ORDER CLOSING CASE** |

*Order of Discharge in the above referenced case was entered on 9/27/10, and notice was provided to parties in interest. Since it appears that no further matters are required that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged from his/her duties in this case, his/her bond is exonerated, and the case is closed.*

*Dated: 9/30/10*                                                                                      *By Order of the United States Bankruptcy Court*


                                                                                                  **Kathleen J. Campbell**
                                                                                                  *Clerk of Court*

16/ CJS